Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

_____ Division

| | | |
|---|---|---|
| Rakeem Harris <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Hector Melchor (individual and official capacity) <br> Cody Followell (individual capacity) <br> Jared Roth (individual capacity) <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Rakeem Harris |
   | Address | 1111 Woodbury Pl. |
   | | Bloomington, IL 61701 |
   | | *City    State    Zip Code* |
   | County | McLean |
   | Telephone Number | (309) 622-2597 |
   | E-Mail Address | rakeem00@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Hector Melchor-Hernandez |
   | Job or Title *(if known)* | Police Officer |
   | Address | 305 S. East St. |
   | | Bloomington, IL 61701 |
   | | *City    State    Zip Code* |
   | County | McLean County |
   | Telephone Number | (309) 820-8888 |
   | E-Mail Address *(if known)* | |

   [✓] Individual capacity   [ ] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | Cody Followell |
   | Job or Title *(if known)* | Police Officer |
   | Address | 305 S. East St. |
   | | Bloomington, IL 61701 |
   | | *City    State    Zip Code* |
   | County | McLean County |
   | Telephone Number | (309) 820-8888 |
   | E-Mail Address *(if known)* | |

   [✓] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Jared Roth
- Job or Title *(if known)*: Police Officer
- Address: (309) 820-8888
  - City: Bloomington
  - State: IL
  - Zip Code: 61701
- County: McLean County
- Telephone Number: (309) 820-8888
- E-Mail Address *(if known)*:

[✓] Individual capacity  [ ] Official capacity

Defendant No. 4
- Name: Hector Melchor-Hernandez
- Job or Title *(if known)*: Police Officer
- Address: 305 S. East St.
  - City: Bloomington
  - State: IL
  - Zip Code: 61701
- County: McLean
- Telephone Number: (309) 820-8888
- E-Mail Address *(if known)*:

[ ] Individual capacity  [✓] Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Multiple 4th amendment violations. 5th amendment violations. 2nd amendment violation. 1st amendment violation.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

              All defendants appeared in Bloomington Police Department uniforms and Bloomington Police Department marked vehicles and committed these acts while in performance of their official duties.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.      Where did the events giving rise to your claim(s) occur?

              The intersection of Market St. and Brown St. in Bloomington, Illinois.
              The intersection of Oakland Ave. and Veterans Parkway in Bloomington, Illinois

    B.      What date and approximate time did the events giving rise to your claim(s) occur?

              The event on Market St. and Brown St. happened on 11/30/2021 around 8:18 pm.
              The event on Oakland Ave. and Veterans Parkway happened on 03/04/2021 around 2:50 am.

    C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

              1st Claim
              The event that happened on 11/30/2021 was an incident in which Hector Melchor performed an unlawful seizure on Harris in violation of the 4th amendment and based his seizure on the fact that the front license plate was not attached the front bumper. Harris raised the fact that the plate was being displayed in the front like what is allowed. Melchor insisted he was wrong and claimed that state statute specifically requires it to be attached to the front bumper. Melchor's claim was false. Melchor never gave a ticket for a violation of this statute because he was aware his claim was false.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Harris sustained intramuscular injuries as well and neck and back injuries. Harris has seen a doctor and chiropractor about it. Harris has had insomnia and PTSD that was sustained due to these events.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Harris is requesting relief in the amount of 5.5 million USD. $700,000 in compensatory damages. $400,000 for each claim in punitive damages

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/03/2023

Signature of Plaintiff: Rakeem Harris
Printed Name of Plaintiff: Rakeem Harris

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                 *City*    *State*    *Zip Code*

Telephone Number
E-mail Address

## ADDITIONAL CLAIMS

**2nd Claim - Unlawful Search and Seizure**

Melchor carried out further action after performing an unlawful traffic stop during the 11/30/2021 incident and forced Harris to exit his automobile due to an odor of legal hemp that contained less than 0.3 percent of THC. Melchor and Followell then performed an unlawful search of Harris and unlawful seizure of his personal belongings, cellphone, wallet, money, and legal hemp in violation of the 4th amendment. The odor of legal hemp cannot give an officer probable cause to initiate searches and seizures because possession of hemp in any amount is a lawful act. Any claim that hemp has a similar look and smell to cannabis does not negate the fact that hemp is 100% lawful and any search or seizure for engaging in a lawful act is a violation of constitutional rights.

**3rd Claim Unlawful Search**

Melchor performed an unlawful search of Harris's automobile during the 11/30/2021 incident and violated his 4th amendment. Melchor used the odor of legal hemp that contained less than 0.3 percent of THC as his basis for probable cause to search his automobile. The odor of legal hemp cannot give an officer probable cause to initiate searches and seizures

because possession of hemp in any amount is a lawful act. Any claim that hemp has a similar look and smell to cannabis does not negate the fact that hemp is 100% lawful and any search or seizure for engaging in a lawful act is a violation of constitutional rights.

**4th Claim - Unlawful Seizure**

Melchor unlawfully seized Harris's firearm while unlawfully searching his automobile that stemmed from an unlawful traffic stop on 11/30/2021. The 4th amendment protects against unreasonable searches and seizures. Melchor continued his flawed investigation during an unlawful traffic stop in hope that he would discover incriminating evidence to justify the initial 4th amendment violation that began with the unlawful traffic stop. Seizure of Harris's lawful firearm from his private automobile was a violation of the 4th amendment.

**5th Claim - False Arrest / 2nd Amendment Infringement**

Melchor and Followell placed Harris under arrest for exercising his 2nd amendment right on 11/30/2021. Melchor discovered a firearm that was registered to Harris while searching his private automobile during an unlawful seizure in the form of an illegal traffic stop. Melchor quickly

approached Harris and shoved him against the squad car with assistance from Followell to place handcuffs on Harris for possessing a registered firearm in his private automobile in violation of the 2nd amendment and Bloomington Police Department policy under SOP (Standard Operating Procedure) 5.03.

SOP Number 5.03 states "*If the officer discovers a weapon, he/she may take it until the completion of the questioning, at which time he/she shall either return the weapon, if lawfully possessed, or arrest the person.*" This department policy indicates that Bloomington Police Department officers are supposed to find out whether someone is lawfully possessing the weapon or not before making an arrest to avoid constitutional violations.

Melchor and Followell aggressively arrested Harris which caused injury, and placed him into the back of the squad car for possession of a lawful firearm and then released him shortly after without any criminal charges or fines.

**6th Claim - Unlawful Seizure**

Melchor initiated a traffic stop on Harris without observing any traffic infractions and without probable cause on 03/04/2021 and this was an

unlawful seizure in violation of the 4th amendment. Melchor fabricated a reason for the stop by saying that Harris did not use a turn signal when exiting a business establishment. Cell phone video footage and Harris's personal dash camera footage makes it clear that the turn signal was activated at that time. Melchor never gave a ticket for the dishonest alleged turn signal violation.

**7th Claim - Malicious Prosecution / Monell Claim**

Melchor maliciously prosecuted Harris while in his official capacity during the 03/04/2021 incident. Melchor wrote tickets and initiated criminal proceedings on Harris due to his private automobile not having Secretary of State registered plates. Melchor is trained by his agency to treat every car on the road as a "*Motor Vehicle*". It is the widespread custom, policy, and practice of law enforcement officers to initiate traffic stops and write citations on automobiles that do not have Secretary of State registered plates. The issue is that the issuance of these citations that initiate criminal proceedings are without probable cause. These criminal proceedings in Illinois are based on 625 ILCS 5/3-402.

This state statute says "*Vehicles subject to registration; exceptions.*

*A. Exemptions and Policy. Every **motor vehicle**, trailer, semitrailer and pole trailer when driven or moved upon a highway shall be subject to the registration and certificate of title provisions of this Chapter except:"*
*"The term "**motor vehicle**" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for **commercial purposes** on the highways in the transportation of passengers, passengers and property, or property or cargo."* 18 U.S. Code § 31 (a)(6).

Motor vehicles are required to have government issued Secretary of State registration by state statute. Being that Harris was not on the road for commercial purposes, he was not in a motor vehicle. Since Harris was not in a motor vehicle, he was not required to have Secretary of State registration license plates. However, this fact of law cannot be conveyed to Melchor and other law enforcement officers because the practice of punishing the suspects for having anything other than government issued registration license plates is encouraged by entire police departments and is defended by local circuit courts. Melchor got frustrated because Harris wouldn't provide government license plate registration and a driver's license and decided to ticket him as punishment because of it. Just about any other officer in the City of Bloomington would initiate a traffic stop and

issue a citation for this same reason. The fact that this is a practice of the Bloomington Police Department makes the City of Bloomington liable under 42 U.S. Code § 1983.

**8th Claim - Unlawful Seizure / Monell Claim**

This is another claim against Melchor in his official capacity. During the 03/04/2021 incident, Officer Mechor in his official capacity abandoned his claim of improper turn signal usage and transferred the basis of his seizure to the fact that he couldn't run the license plates after he initiated his traffic stop. He could not run the plates because they were not government issued registration license plates. Melchor is trained by his agency to treat every car on the road as a "*Motor Vehicle*". It is the widespread custom, policy, and practice of law enforcement officers to initiate traffic stops and write citations on automobiles that do not have Secretary of State registered plates. The issue is that these unlawful seizures are without probable cause. These detention and seizures are based on 625 ILCS 5/3-402 in Illinois.

This state statute says "*Vehicles subject to registration; exceptions.*

*A. Exemptions and Policy. Every **motor vehicle**, trailer, semitrailer and pole trailer when driven or moved upon a highway shall be subject to the registration and certificate of title provisions of this Chapter except:"*

*"The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo."* 18 U.S. Code § 31 (a)(6).

Motor vehicles are required to have government registered license plates by state statute. Being that Harris was not on the road for commercial purposes, he was not in a motor vehicle. Since Harris was not in a motor vehicle, he was not required to have Secretary of State registration license plates. However, this fact of law cannot be conveyed to Melchor and other law enforcement officers because the practice of punishing the suspects for having anything other than government issued registration license plates is encouraged by entire police departments and is defended by local circuit courts. There is plenty of video evidence of individuals exercising their right to travel without government registered plates having their rights violated by a vast range of law enforcement departments. The fact that this is a practice of the Bloomington Police

Department makes the City of Bloomington liable under 42 U.S. Code § 1983.

**9th Claim - Prohibiting Free Exercise of Religion / Monell Claim**

A 1st amendment violation claim against Melchor in official capacity in the 03/04/2021 incident, Melchor violated Harris's free exercise of religion. Harris was taking a late night ride to worship, give prayer and reverence to his creator in solitude when this incident began. Hector Melchor and the Bloomington Police Department's demand for Harris to operate in a commercial capacity with registered license plates in order to avoid seizure and punishment undermines the moral and religious duty to refrain from commercializing the worship ceremony in any way. Since the custom of seizing automobiles that do not have Government issued license plates is common practice with the Bloomington Police Department, The City of Bloomington is liable.

**10th Claim - Failure To Intervene**

During the November 30th, 2021 incident, Cody Followell and Jared Roth failed to intervene during the false arrest of Harris and subsequent short imprisonment in the back of Melchor's squad car.

**11th Claim - State Claim / False Imprisonment**

Melchor is liable for false imprisonment under 735 ILCS 5/13-202 for the November 30th, 2021 incident in which he unlawfully detained Harris when he initiated a traffic stop, falsely arrested Harris for exercising his 2nd amendment right, and locking Harris in the back of his squad car.

**12th Claim - State Claim / Malicious Prosecution**

Melchor is liable for malicious prosecution under 735 ILCS 5/13-202 for the March 4th, 2021 incident in which he unlawfully detained Harris when he initiated a traffic stop, and wrote him a citation with no probable cause.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 3rd, 2023.

x ____*Rakeem Harris*
  signature