AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Centrail District of Illinois

| | |
|---|---|
| Rakeem Harris | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 23-CV-1094 |
| Hector Melchor-Hernandez, Cody Followell, Jared Roth | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge James E. Shadid on a motion for Summary Judgment. Judgment is entered in favor of the defendant and against the plaintiff, and the case is terminated.

Date: 7/1/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*